**Keith AKINS, Appellant,**

v.

**DUNHAMS CLEANING SERVICE, Respondent.**

**No. ED 76887.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 16, 2000.

Matthew J. Padberg, Michael P. Corrigan, The Padberg Law Firm, St. Louis, for appellant.

Dennis R. Lassa, Field, Gentry & Benjamin, P.C., St. Louis, for respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

***ORDER***

PER CURIAM.

Keith Akins appeals an order of the Labor and Industrial Relations Commission dismissing his application for review of the dismissal of his claim for workers' compensation benefits.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion

would have no precedential value, we affirm the award pursuant to Rule 84.16(b).